UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHELSEY ANN MURPHY,<br><br>　　　　　　　　Defendant. | Case No. MJ23-63<br><br>DETENTION ORDER |

Ms. Murphy is charged with violations of appearance bond in the Eastern District of Washington. The Court held a detention hearing on February 13, 2023, pursuant to 18 U.S.C. § 3143(a)(1), and based upon the reasons for detention as stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3143(a)(1), as incorporated in Fed. R. Crim. P. 32.1(a)(6).

2. Ms. Murphy poses a risk of nonappearance based on allegations that she failed to report to numerous appointments with USPO and is not residing where she is supposed to be residing.

DETENTION ORDER - 1

3. Based on these findings, and for the reasons stated on the record, there are no conditions or combination of conditions other than detention that will reasonably assure the appearance of Ms. Murphy as required, pending her initial appearance in the Eastern District of Washington.

IT IS THEREFORE ORDERED:

(1) Ms. Murphy shall be detained pending initial appearance in the Eastern District of Washington and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Ms. Murphy shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Ms. Murphy is confined shall deliver her to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Ms. Murphy, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 13th day of February, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2